**Kenneth M. LAKOFF, Shirley Lakoff, Gerrold Lakoff, Martin H. Smith, Stephen L. Hymowitz, Paul Ribner and Paul Steinberg, Jerome H. Blum, Ray Blume, Grace Markowitz, Bernard Burstein, Frank Burstein, John J. Petrillo, Individually and Derivatively on Behalf of Washington Lane Associates, a Pennsylvania Limited Partnership, Petitioners,**

v.

**Harvey PLOWFIELD, Individually and as a General Partner of Washington Lane Associates and Ethel Plowfield and Ethel Mae Plowfield, and Plowfield Realty Company c/o Harvey Plowfield and Property Control, Inc., c/o Harvey Plowfield, and Solis Tollin, Louis M. Graboyes and Robert Blatt and Sara Blatt Co–Executors of the Estate of Max Blatt, Deceased, Individually and as Co–Partners, t/a Washington Lane Garden Apartments, and Robert Blatt and Sara Blatt, Individually, and Industrial Valley Title, Respondents.**

Supreme Court of Pennsylvania.

June 5, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of June, 1998, the petition for allowance of appeal is denied in accordance with this court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998).

SAYLOR, J., did not participate in the consideration or decision of this case.

NEWMAN, J., did not participate in the consideration or decision of this case.